IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02026–EWN–MEH

BRENT THOMAS, individually, as the surviving husband of VICKY THOMAS, deceased, and as the father and next friend of KYLIE MOORE, KYLE MOORE and KELSEY THOMAS, the surviving minor children of Vicky Thomas, and
KELSEY SCHLICHENMEYER, and her son
PHILLIP SCHLICHENMEYER,

    Plaintiffs,

v.

RURAL METRO OF CENTRAL COLORADO, INC., and their employee
CHRISTOPHER LARUSSO,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the court on the "Plaintiffs' and Defendant's Motion to Dismiss Without Prejudice Because of Filing in Denver District Court and Notice of Change of Venue and Jurisdiction" filed January 8, 2007. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 9th day of January, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge